

NUMBER 13-18-00284-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GEORGE H. RAMOS A/K/A
JORGE RAMOS,                                                    Appellant,

v.

DAVID STRONG, JR., & JESUS E.
GONZALEZ D/B/A JEG VENTURES,
LLC., HELEN MAE AMAYA & GILBERT
ARAMBUL D/B/A CAPRICORN BUILDERS,                Appellees.

On appeal from the 197th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides**
**Memorandum Opinion by Justice Benavides**

Appellant, George H. Ramos a/k/a Jorge Ramos, filed an appeal from an order

entered by the 197th District Court of Cameron County, Texas, in cause number 2016-

DCL-2098-C.   Appellant has filed a motion to nonsuit the appeal on grounds that the appellant did not intend for the notice of appeal from the associate judge's decision to be e-filed with this Court and the e-filing was intended for the trial court.   Appellant does not wish to pursue an appeal.

The Court, having considered the documents on file and appellant's motion to nonsuit the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellant's motion to nonsuit is granted, and the appeal is hereby DISMISSED.   Costs will be taxed against appellant.   *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GINA M. BENAVIDES,
Justice

Delivered and filed the
12th day of July, 2018.

2